# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY BURNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-cv-00628-SMY |
| | ) |
| **NATHAN CHAPMAN,** | ) |
| | ) |
| **Defendant.** | ) |

# NOTICE AND ORDER

This case is before the Court for case management. The Court screened Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915A on June 22, 2020 (Doc. 20) and Defendant Chapman was sent a request for Waiver of Service of Summons (Doc. 21). Chapman returned the executed Waiver of Service of Summons and his responsive pleading was due by August 24, 2020 (Doc. 23). To date, Chapman has failed to move, answer, or otherwise plead in response to the Complaint.[1]

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Chapman in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendant Chapman.

---

[1] The screening order directed Defendants to "timely file an appropriate responsive pleading to the Complaint" and states that Defendants "shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g)." (Doc. 50, p. 5). Because the Court specifically ordered Defendants to respond to the Complaint, Defendant Chapman cannot rely on the Prison Litigation Reform Act to avoid the entry of default. 42 U.S.C. § 1997e(g)(2). *See* e.g., *Vinning v. Walks*, 2009 WL 839052, *1 n.2 (S.D. Ill. Mar. 31, 2009) (default against defendant was proper because the Court exercised its authority under 42 U.S.C. § 1997e(g)(2) by directing the defendant to file a reply to plaintiff's complaint, and the defendant "disregarded that direct [o]rder").

**IT IS SO ORDERED.**

**DATED: September 14, 2020**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**
